AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

FILED JUL 18 2012 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| YIMMY ANTHONY PINEDA PENADO, aka "CRITICO," aka "SPIKE," | ) Case No. 1:12-MJ-453 |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Fall 2009 through Spring of 2010** in the county of **Northern Virginia** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C. § 1591(a)(1) and 2 | YIMMY ANTHONY PINEDA PENADO, a.k.a. "Critico," a.k.a. "Spike," did knowingly, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, or in reckless disregard of the fact, that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and aided and abetted the same |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA G. Zachary Terwilliger

*Complainant's signature*

Richard M. Baer, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 18 Jul 12

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, VA