PROB 49 (3/89)
VAE (rev. 05/17)

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Yimmy Pineda Penado                    Criminal No.: 1:12CR00399

### Waiver of Hearing to
### Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1) The defendant shall abstain from the use of alcohol; and

2) The defendant shall submit to remote alcohol testing at the direction of the probation officer.

Witness: _____        Signed: _____
                                                 Supervised Releasee

_____7-15-25_____
        Date

                                         Respectfully,

**ORDER OF COURT**

Considered and ordered this 24 day of
July , 2025 and ordered filed and made
a part of the records in the above case.

/s/
_____                  _____
Anthony J. Trenga                        Elissa F. Martins
Senior United States District Judge      Senior U.S. Probation Officer
                                         (703) 299-2309
_____
       Anthony J. Trenga                 Place: Alexandria
       United States District Judge
                                         Date: 7/15/25

**TO CLERKS OFFICE**                                          Page 1